**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **GEDA GmbH,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:21-cv-00056** |
| | § | |
| **GEDA USA ELEVATOR AND MATERIAL** | § | |
| **LIFT COMPANY, LLC,** | § | |
| *Defendant.* | § | |

### ORDER GRANTING DEFENDANT'S FOURTH UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING

Before the Court is the fourth unopposed motion of the defendant requesting an extension of time to respond to the plaintiff's complaint. The motion is granted. It is therefore ordered that the defendant shall have until May 31, 2021, to respond to plaintiff's complaint.

SIGNED this ___24th___ day of May, 2021.

_____
Jeffrey Vincent Brown
United States District Judge